MARIAN JORDAN GROVES
KEITH ANTIONO GROVES
13 SHARMONT DR
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRNKLN
6335 US HWY 49
SUITE 20
HATTIESBURG, MS 39401

BURCH FINANCIAL
956 N 16TH AVE
LAUREL, MS 39440

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
4TH FLOOR
SHERMAN OAKS, CA 91411

CENTURYFST
3318 HARDY STREET
HATTIESBURG, MS 39401

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

COSTCO CITI CARD
ATTN: BANKRUPTCY
PO BOX 6500
SIOUX FALLS, SD 57117

DILLARDS
P.O. BOX 6500
SIOUX FALLS, SD 57117

FAMILY PRACTICE AFTER
PO BOX 3910
TUPELO, MS 38803

HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT, MS 39502

HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG, MS 39401

HATTIESBURG EYE CLINIC
100 MILLSAPS DR
HATTIESBURG, MS 39402

LARITA TRAVIS
54 RAY SIMMONS RD
PURVIS, MS 39475

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

ROCKET MORTGAGE
ATTN: BANKRUPTCY
1050 WOODWARD AVENUE
DETROIT, MI 48226

SHAW MILTON LAW FIRM
PO BOX 225
HATTIESBURG, MS 39403

SMITH, ROUCHON & ASSOC
SRA
1456 ELLIS AVE
JACKSON, MS 39204

SOUTHERN BONE & JOINT
3688 VETERANS MEMORIAL
STE 200
HATTIESBURG, MS 39401

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 96506
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TRANSWORLD SYSTEMS
500 VIRGINIA DR
STE 514
FORT WASHINGT, PA 19034

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803

VERIZON WIRELESS
ATTN: BANKRUPTCY DEPT
P.O.BOX 408
NEWARK, NJ 07101