MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:  Marian Jordan Groves            Case No.: 26-51192-KMS

Keith Antiono Groves

<span style="text-align:center">Debtor(s)</span>            Chapter: 13

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
First Tower Loan, LLC, doing business as Tower Loan of South Hattiesburg , a
<span style="text-align:center">[Name of Corporate Party]</span>

**[Check One]**

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✓] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

First Tower, LLC

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 12/01/2023

*Joseph T. McDaniel*
Attorney Signature

Joseph T. McDaniel            106499
Attorney Name            State Bar Number

406 Liberty Park Court
Address

Flowood, MS 39232
City, State, and Zip Code

601-992-0936            jmcdaniel@towerloan.com
Telephone Number            Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**