**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 11, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MARIAN JORDAN GROVES and KEITH ANTIONO GROVES,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-51192-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S**
**<u>OBJECTION TO CONFIRMATION</u>**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation (Docket No. 22). The parties have agreed at this time there is excess net income on Schedule J that exceeds the amount needed to pay 100%. The parties agree the Trustee may adjust the plan payment as needed, after the claim deadline runs, for Debtors to pay the minimum amount needed monthly to complete case at 100% distribution.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to pay 100% to the timely filed and allowed unsecured creditors, with the Trustee adjusting the plan

payment as needed to the minimum amount needed per month to complete at 100%.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr.
Attorney For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net