# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51192 **Case Name:** Marian Jordan Groves and Keith Antiono Groves

**Set:** 09/22/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by First Tower Loan LLC dba Tower Loan of South Hattiesburg (Dkt. #16) - AGREED ORDER TO BE SUBMITTED BY MCDANIEL; EMAIL RECEIVED FROM MCDANIEL'S OFFICE

Objection to Confirmation filed by the Trustee (Dkt. #22) - AGREED ORDER ENTERED 9/11/26

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) McDaniel to submit an Agreed Order on the Objection filed by First Tower Loan LLC dba Tower Loan of South Hattiesburg [16]. Order due by 10/13/2026. Confirmation hearing removed. (mcc)