**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: MARIAN JORDAN GROVES AND KEITH ANTIONO GROVES

Case No. 26-51192-KMS
Chapter 13 Proceedings

**AGREED ORDER ON FIRST TOWER LOAN, LLC, DOING BUSINESS AS TOWER LOAN OF SOUTH HATTIESBURG'S OBJECTION TO CONFIRMATION (#16)**

The Court is advised that the parties have settled the matter of TOWER'S OBJECTION TO CONFIRMATION (#16) and agree that this Objection should be overruled. The Court finds that the agreement of the parties should be incorporated into this Order.

**The purchase money security interest claim of Tower Loan filed in the amount of $2,420.79 shall be treated as follows:**

**Secured:** That **$1,200.00** shall be paid through the Plan together with interest at the annual till rate of 8.50% over the life of the Plan.

**Unsecured:** That the remaining balance of the claim of **$1,220.79** shall be allowed as a unsecured claim to be treated pursuant to Section 5.1 of the Plan.

[Continues To Next Page]

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#16) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

/s/ Joseph T. McDaniel
Prepared By:
Joseph T. McDaniel
MSB#: 106499
First Tower Loan, LLC
P.O. Box 320001
Flowood, MS 39232

/s/ Thomas Carl Rollins, Jr
Thomas Carl Rollins, Jr
For the Debtor
MSB#: 103469
trollins@therollinsfirm.com
P.O. Box 13767
Jackson, MS 39236

Please see attached
David Rawlings
For the Trustee
ecfnotices@rawlings13.net
P.O. Box 566
Hattiesburg, MS 39403

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#16) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

/s/ Joseph T. McDaniel__________________

Prepared By:
Joseph T. McDaniel
MSB#: 106499
First Tower Loan, LLC
P.O. Box 320001
Flowood, MS 39232

Please see attached

Thomas Carl Rollins, Jr
For the Debtor
MSB#: 103469
trollins@therollinsfirm.com
P.O. Box 13767
Jackson, MS 39236

/s/ Brian Wilson, Atty for

David Rawlings
For the Trustee
ecfnotices@rawlings13.net
P.O. Box 566
Hattiesburg, MS 39403