United States Bankruptcy Court
Southern District of Mississippi

In re:
Marian Jordan Groves
Keith Antiono Groves
Debtors

Case No. 26-51192-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2
Date Rcvd: Oct 06, 2026 | Form ID: pdf012 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marian Jordan Groves, Keith Antiono Groves, 13 Sharmont Dr, Hattiesburg, MS 39402-1949 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of South Hattiesburg jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Karen A. Maxcy | on behalf of Creditor Rocket Mortgage LLC karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Marian Jordan Groves trollins@therollinsfirm.com |

| | |
|---|---|
| | jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Keith Antiono Groves trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: MARIAN JORDAN GROVES AND KEITH ANTIONO GROVES

Case No. 26-51192-KMS
Chapter 13 Proceedings

**AGREED ORDER ON FIRST TOWER LOAN, LLC, DOING BUSINESS AS TOWER LOAN OF SOUTH HATTIESBURG'S OBJECTION TO CONFIRMATION (#16)**

The Court is advised that the parties have settled the matter of TOWER'S OBJECTION TO CONFIRMATION (#16) and agree that this Objection should be overruled. The Court finds that the agreement of the parties should be incorporated into this Order.

**The purchase money security interest claim of Tower Loan filed in the amount of $2,420.79 shall be treated as follows:**

**Secured:** That **$1,200.00** shall be paid through the Plan together with interest at the annual till rate of 8.50% over the life of the Plan.

**Unsecured:** That the remaining balance of the claim of **$1,220.79** shall be allowed as a unsecured claim to be treated pursuant to Section 5.1 of the Plan.

[Continues To Next Page]

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#16) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

/s/ Joseph T. McDaniel
Prepared By:
Joseph T. McDaniel
MSB#: 106499
First Tower Loan, LLC
P.O. Box 320001
Flowood, MS 39232

/s/ Thomas Carl Rollins, Jr
Thomas Carl Rollins, Jr
For the Debtor
MSB#: 103469
trollins@therollinsfirm.com
P.O. Box 13767
Jackson, MS 39236

Please see attached
David Rawlings
For the Trustee
ecfnotices@rawlings13.net
P.O. Box 566
Hattiesburg, MS 39403

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#16) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

/s/ Joseph T. McDaniel
Prepared By:
Joseph T. McDaniel
MSB#: 106499
First Tower Loan, LLC
P.O. Box 320001
Flowood, MS 39232

Please see attached
Thomas Carl Rollins, Jr
For the Debtor
MSB#: 103469
trollins@therollinsfirm.com
P.O. Box 13767
Jackson, MS 39236

/s/ Brian Wilson, Atty for

David Rawlings
For the Trustee
ecfnotices@rawlings13.net
P.O. Box 566
Hattiesburg, MS 39403