Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−51192−KMS
**Chapter:** 13

**In re:**

Marian Jordan Groves
aka Marian Anita Jordan Groves, aka Marian Groves
13 Sharmont Dr
Hattiesburg, MS 39402

Keith Antiono Groves
aka Keith Antonio Groves, aka Keith Groves
13 Sharmont Dr
Hattiesburg, MS 39402

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/21/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 21, 2026

Danny L. Miller, Clerk of Court