UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MARIAN JORDAN GROVES
KEITH ANTIONO GROVES
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-51192 KMS

DAVID RAWLINGS, TRUSTEE

**MOTION TO ALLOW SUPPLEMENTAL CLAIM**

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Supplemental Claim:

ROCKET MORTGAGE, LLC
ATTN: BANKRUPTCY DEPT.
PO BOX 619096
DALLAS, TX 75261-9741

Court Claim No. 10

Date of Notice of Post-Petition Mortgage Fees/Expenses: October 05, 2026

Amount of Post-Petition Mortgage Fees/Expenses: $350.00

Classification: Secured

Trustee has reviewed the above Supplemental Claim and recommends that it would be in the best interests of the Debtor to allow said Claim, as a Special Claim, and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan, which should be modified in accord herewith, and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

*/s/ David Rawlings*

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011

**CERTIFICATE OF SERVICE**

I, David Rawlings, do hereby certify that on October 27, 2026, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

MARIAN JORDAN GROVES
KEITH ANTIONO GROVES
13 Sharmont Dr
Hattiesburg, MS 39402

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236

ROCKET MORTGAGE, LLC
ATTN: BANKRUPTCY DEPT.
PO BOX 619096
DALLAS, TX 75261-9741

*/s/ David Rawlings*
DAVID RAWLINGS, TRUSTEE