UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MARIAN JORDAN GROVES
KEITH ANTIONO GROVES
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-51192 KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S**
**MOTION TO ALLOW SUPPLEMENTAL CLAIM**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Allow the Supplemental Claim (Court Claim No. 10) of ROCKET MORTGAGE, LLC (Docket No.31 ).

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Supplemental Claim is allowed as a Special Claim in the amount of $350.00 and shall be paid pursuant to the provisions of the Confirmed Plan, which is modified in accord herewith, and other orders of the Court, with the Trustee being authorized to adjust the amount of the Plan payment, as needed, to pay said Claim in the time remaining in the Plan.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Debtors are given 30 days from the entry of this Order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

Submitted By:

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net