United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51192-KMS
Marian Jordan Groves Chapter 13
Keith Antiono Groves
Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Oct 31, 2026 Form ID: n032 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marian Jordan Groves, Keith Antiono Groves, 13 Sharmont Dr, Hattiesburg, MS 39402-1949 |
| 5700493 | + | Family Practice After, PO Box 3910, Tupelo, MS 38803-3910 |
| 5700496 | | Hattiesburg Eye Clinic, 100 Millsaps Dr, Hattiesburg, MS 39402 |
| 5700497 | + | Larita Travis, 54 Ray Simmons Rd, Purvis, MS 39475-3548 |
| 5700501 | + | Shaw Milton Law Firm, PO Box 225, Hattiesburg, MS 39403-0225 |
| 5700503 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 5713589 | + | T-MOBILE USA INC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 31 2026 16:54:00 | Rocket Mortgage, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5700486 | | Email/Text: bankruptcy@1ffc.com | Oct 31 2026 16:54:00 | 1st Frnkln, 6335 Us Hwy 49, Suite 20, Hattiesburg, MS 39401 |
| 5700488 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 31 2026 16:54:23 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411 |
| 5701998 | | Email/Text: bankruptcy@centuryfirstfcu.com | Oct 31 2026 16:54:00 | CenturyFirst Federal Credit Union, 3318 Hardy Street, Hattiesburg MS 39401 |
| 5700489 | | Email/Text: bankruptcy@centuryfirstfcu.com | Oct 31 2026 16:54:00 | Centuryfst, 3318 Hardy Street, Hattiesburg, MS 39401 |
| 5700490 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2026 16:54:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5700491 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 17:02:29 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 5700492 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 17:02:37 | Dillards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 5702525 | + | Email/Text: FSBank@franklinservice.com | Oct 31 2026 16:53:00 | Family Practice After Hours Clinic, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5713139 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 31 2026 16:54:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5701474 | | Email/Text: LossMitREBankruptcy@HancockWhitney.com | Oct 31 2026 16:53:00 | Hancock Whitney Bank, Loss Mitt 2nd Fl, P.O. Box 4019, Gulfport, MS 39501 |

| | | | | |
|---|---|---|---|---|
| 5700494 | | Email/Text: LossMitREBankruptcy@HancockWhitney.com | Oct 31 2026 16:53:00 | Hancock Whitney Bank, Po Box 4019, Gulfport, MS 39502 |
| 5700495 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Oct 31 2026 16:54:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5715804 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2026 16:54:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5703346 | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 31 2026 16:54:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce, LLP, for Rocket Mortgage, LLC, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 5709180 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2026 17:02:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5700498 | | Email/Text: EBN@Mohela.com | Oct 31 2026 16:53:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5722705 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2026 16:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5714296 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2026 17:02:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5705850 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2026 16:54:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5700499 | | Email/Text: bankruptcy@republicfinance.com | Oct 31 2026 16:54:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5704300 | | Email/Text: bankruptcy@republicfinance.com | Oct 31 2026 16:54:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5700500 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 31 2026 16:54:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5713495 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 31 2026 16:53:00 | Rocket Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 5723370 | + | Email/Text: bncmail@w-legal.com | Oct 31 2026 16:54:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5700502 | + | Email/Text: Tracey@sra-inc.net | Oct 31 2026 16:54:00 | Smith, Rouchon & Assoc, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5700504 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2026 17:02:13 | Synchrony, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 5700505 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2026 17:02:24 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5700506 | | Email/Text: bankruptcycourt@towerloan.com | Oct 31 2026 16:54:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5700507 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 31 2026 16:54:00 | Transworld Systems, 500 Virginia Dr, Ste 514, Fort Washingt, PA 19034-2733 |
| 5700508 | + | Email/Text: Bankruptcies@umc.edu | Oct 31 2026 16:54:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 5700509 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 31 2026 16:53:00 | Verizon Wireless, Attn: Bankruptcy Dept, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** **Bypass Reason** **Name and Address**

| | | |
|---|---|---|
| cr | | First Tower Loan, LLC, d/b/a Tower Loan of South |
| 5700487 | ##+ | Burch Financial, 956 N 16th Ave, Laurel, MS 39440-3362 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of South Hattiesburg jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Karen A. Maxcy | on behalf of Creditor Rocket Mortgage LLC karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Marian Jordan Groves trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Keith Antiono Groves trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

**Case No.:** 26−51192−KMS
**Chapter:** 13

**In re:**

Marian Jordan Groves
aka Marian Anita Jordan Groves, aka Marian Groves
13 Sharmont Dr
Hattiesburg, MS 39402

Keith Antiono Groves
aka Keith Antonio Groves, aka Keith Groves
13 Sharmont Dr
Hattiesburg, MS 39402

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/21/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 21, 2026

Danny L. Miller, Clerk of Court