**OFFICE OF THE STANDING TRUSTEE**
**IN PROCEEDINGS UNDER CHAPTER 13 OF THE**
**UNITED STATES BANKRUPTCY CODE**

**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS 39403**
**TELEPHONE (601) 582-5011**

DATE: November 04, 2026

MARIAN JORDAN GROVES
KEITH ANTIONO GROVES
13 Sharmont Dr
Hattiesburg, MS 39402

Case No. 26-51192 KMS

**RE: NEW PLAN PAYMENT: $1,009.00**
**REASON: ORDER, DK#23, ON TRUSTEE'S OBJECTION TO CONFIRAMTION REQUIRING A 100% DISTRIBUTION TO TIMELY FILED AND ALLOWED UNSECURED CLAIMS, AGREED ORDER #27 WITH FIRST TOWER LOAN LLC, AND ORDER #32 TO ALLOW A SUPPLEMENTAL CLAIM OF ROCKET MORTGAGE. INCREASE IS EFFECTIVE WITH THE DECEMBER 22, 2026 PLAN PAYMENT.**

Dear Debtors:

Your Chapter 13 Plan payment has been changed to the above stated sum.

If you are paying direct, then your next monthly Plan payment after the date of this letter will have to be the above sum in order for your Plan payment to pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order is being sent to your employer and the additional sum necessary to increase your Plan payment to the above sum will be withheld from your wages.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/ DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTORS:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236