UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MARIAN JORDAN GROVES
KEITH ANTIONO GROVES
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-51192 KMS

DAVID RAWLINGS, TRUSTEE

# OBJECTION TO UNSECURED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Objection to the following Unsecured Claim:

1ST FRANKLIN FINANCIAL CORP
C/O DAVID L MENDELSON, ESQ.
P.O. BOX 17235
MEMPHIS, TN 38187-0235

Court Claim No. 18

Amount of Claim: $2,348.06

Trustee objects to the allowance of said Claim for the reason(s):

the claim was not timely filed.

*/s/ David Rawlings*

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MARIAN JORDAN GROVES
KEITH ANTIONO GROVES
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-51192 KMS

DAVID RAWLINGS, TRUSTEE

## NOTICE OF OBJECTION TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned Debtors' attorney and the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

Dated: November 12, 2026

*/s/ David Rawlings*

David Rawlings, Trustee
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MARIAN JORDAN GROVES
KEITH ANTIONO GROVES
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-51192 KMS

DAVID RAWLINGS, TRUSTEE

**CERTIFICATE OF SERVICE**

I, David Rawlings, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of OBJECTION TO CLAIM (1ST FRANKLIN FINANCIAL CORP (Claim #18)) and Notice of Objection to Claim to the below parties.

Notice Provided via First Class U.S. Mail:

MARIAN JORDAN GROVES
KEITH ANTIONO GROVES
13 Sharmont Dr
Hattiesburg, MS 39402

1ST FRANKLIN FINANCIAL CORP
C/O DAVID L MENDELSON, ESQ.
P.O. BOX 17235
MEMPHIS, TN 38187-0235

1ST FRANKLIN FINANCIAL
6335 U S HIGHWAY 49 STE 20
HATTIESBURG, MS 39401

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 12th day of November, 2026.

*/s/ David Rawlings*

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net